IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 08- 3016 MWB |
| ) | |
| vs. ) | |
| ) | |
| DARREN DOUGLA,S ) | |
| HEATHER CLARK, ) | |
| JUSTIN HANAWALT, ) | |
| DEREK HOLMES, ) | |
| JOSEPH STARR, and ) | |
| CASEY OLSON ) | |
| ) | |
| Defendants. ) | |

## ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Warrants in this matter are sealed until the arrest of the defendants.

Dated this 24 day of April, 2008.

PAUL A. ZOSS
Chief U. S. Magistrate Judge
United States District Court
Northern District of Iowa