IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Case Number: CR08-3016-MWB                          Date:   April 30, 2008

Case Title:  UNITED STATES OF AMERICA vs. JUSTIN HANAWALT, DEREK HOLMES, JOSEPH STARR AND CASE OLSON

JUDGE: Honorable Paul A. Zoss

TIME IN COURT:  Start:   10:36 a.m.                          Adjourn:   10:48 a.m.

APPEARANCES:  Plaintiff:        AUSA Jack Lammers
              Defendant:        Defendant Hanawalt present in person with attorney J. P. Greer
                                Defendant Holmes present in person with attorney Priscilla Forsyth
                                Defendant Olson present in person with attorney Matt Metzgar36
                                Defendant Starr present in person with attorney Conrad Douglas

Court Reporter:  Digital Recording

LOCATION/PHONE:  1st Floor District Courtroom

TYPE OF PROCEEDING:
  A. HEARING:
    1. ARRAIGNMENT:     XX      INITIAL APPEARANCE:     XX
        (a)   Defendant Hanawalt pleaded NOT GUILTY to Counts 1 and 4; pleas accepted by the Court
              Defendant Holmes pleaded NOT GUILTY to Counts 1 and 5; pleas accepted by the Court
              Defendant Olson pleaded NOT GUILTY to Counts 1 and 6; pleas accepted by the Court
              Defendant Starr pleaded NOT GUILTY to Counts 1 and 3; pleas accepted by the Court
        (b)   Counsel: APPOINTED as above.

DEADLINES: TRIAL July 7, 2008; Detention hearing May 5, 2008, at 11:00 a.m. for defendants Hanawalt, Olson and Starr; Detention hearing May 6, 2008, at 9:00 a.m. for defendant Holmes

MISC:  Indictment filed 04/24/08. Defendants *Mirandized*. The government makes a motion to correct the spelling of defendant Hanawalt's name on page two of the indictment. No objection by any party. The court directs the Clerk of Court to correct the spelling of defendant Hanawalt's name on page two of the indictment. The defendants waive formal reading of the indictment. The parties stipulate to the standard discovery order. The government seeks detention. The court orders the DEFENDANTS DETAINED.

Copies mailed to:                                            Leslie R. Walker
                                                             DEPUTY CLERK