# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **HEARING MINUTES** |
| Plaintiff(s) | Case No.:   CR 08-3016-MWB-6 |
| vs. | Presiding Judge:   Mark W. Bennett |
| CASEY OLSON, | Deputy Clerk:   /s/ Nicholas Herbold |
| Defendant(s) | Court Reporter:   Shelly Semmler          Contract?   No |
| | (If yes, send copy to financial) |

| Date: | 12/08/2008 | Start: | 10:03 a.m. | Adjourn: | 10:14 a.m. | Time in Chambers: | (none) |
|---|---|---|---|---|---|---|---|

| Recesses: | (none) | | | Telephonic? | No |
|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Jack Lammers |
|---|---|---|
| | Defendant(s): | Matthew Metzgar |
| | U.S. Probation: | Nathan VanderMolen |
| | Interpreter: | None | Language: | na | Certified: | na | Phone | n |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **SENTENCING:** | |
|---|---|

| | Objections to PSIR: | | Ruling: | |
|---|---|---|---|---|
| | Motions to vary/depart: | 1.  D's Motion for Downward Variance (Doc. No. 131). | Ruling: | 1.  Granted (from 121 months) down to 120 months. |
| | Total Offense Level | 32 | Criminal History Category: | I | Count(s) dismissed: | |
| | Guidelines range: | 121-151 months (120 month mandatory minimum) | | | | |
| | Sentence (See J & C): | 120 months | Guideline | | Non-Guideline | X |
| | Fine: | waived | Special assessment: | $200 | | |
| | Supervised Release: | 120 months (count 1 and 6 to run concurrently) | | | | |
| | Court's recommendations (if any): | 500 hour residential drug treatment program and imprisonment in Yankton, South Dakota. | | | | |
| | Defendant is | detained. | and shall report | | | |
| | **Witness/Exhibit List is** | D's Witnesses:<br>1.  Angela Flowers (direct,) 10:06 a.m.-10:07 a.m. | | | | |
| | **Miscellaneous:** | | | | | |