| | |
|---|---|
| DEFENDANT: | CASEY OLSON |
| CASE NUMBER: | CR 08-3016-6-MWB |

Judgment — Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **120 months. This term consists of 120 months on each of Counts 1 and 6, of the Indictment, to be served concurrently.**

■ The court makes the following recommendations to the Bureau of Prisons:
   **The defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program.**

   **The defendant be designated to a Bureau of Prisons facility in Yankton, South Dakota, if commensurate with his security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  __3-10-09__  to  __Federal Prison Camp__

at  __Duluth, MN__ , with a certified copy of this judgment.

__M. Cruz, Warden__
~~UNITED STATES MARSHAL~~

By __P. Th, CSO__
~~DEPUTY UNITED STATES MARSHAL~~