Dear Judge Bennett,

As you are aware I'm currently incarcerated in the Federal Prison Camp in Duluth MN. I am a current participant in a voluntary 500 hour Residential Drug Abuse Program (RDAP). I now understand that my addiction to drugs was a major cause of my criminal behavior. I am learning the tools to deal with my addiction.

I have also taken advantage of my educational opportunities by obtaining my GED, CDL license, and have taken multipole other courses including the non-residential drug abuse program and the 14 hour drug abuse program to prepare myself for my transition to society.

I have a 9year old daughter who was 2½ years of age when I came to prison. I'm highly motivated to be a part of her life and to support her as a father should.

I am respectfully requesting a positive response to my 3582 (c)(2) motion for reduction of sentence. Your kind consideration to this request is greatly appreciated by me and my family.

Sincerly,

Casey Duff Olson

Case Number: 3:08-cr-03016-MWB

Casey Duff Ol~

Dear Judge,

My name is Ashlynn Olson. I'm 9 years old.

My daddy Casey Olson is in jail. I think he's been doing really well. So please let him out few days early. I really miss him so please do this for us.

From Ashlynn Olson M
Mason City IA

CASE # 3:08-cr-03016-MWB

Judge Bennett,

I am writing on behalf of Inmate Casey Olson, his mother, myself, and our daughter, Ashlynn.

Casey has been in prison since our daughter was 2 and a half years old. I have known him for more than ten years. I truly believe he has changed for the better. He seems very much at peace these days, happier. He has said more than once how much treatment has helped him. I know he misses Ashlynn terribly. I do not think that once he is released, that he would do anything to harm his relationship with our daughter again.

If you can please see fit to send him back to us a little early, it would be so greatly appreciated by all of us. My daughter is so very ready to have her daddy home again.

Thank you for taking the time to read these letters

Angela Flowers

CASE # 3:08-cr-03016-MWB

2-11-15

Dear Judge Bennett,
    I am writing you on behalf of my son Casey D. Olson, currently incarcerated in the Federal Prison camp in Duluth, MN. In the years he has been incarcerated I have seen a great change in his ~~attitude~~ and behavior. I know he has participated in several programs. He is currently in the RDAP program. I know he was reluctant at first, but he has told me how much he has learned in this program. I know he misses his daughter very much. He truely wants to be the father she deserves. I truely believe he totally understands that his past actions are why he is there and that he will be an up-standing man when he is released. I do hope you will consider him for an early release. Thank-you for your time and consideration of this matter.
            Sincerely, Jane S Olson

Case # 3:08-cr-03016-MWB

USA FORVER

WATERLOO IA 507

12 FEB 2015 PM 11 L

2-12-15
SVC

CLERK OF COURT
320 6th ST. ROOM 301
SIOUX CITY, IA. 51101

ANGELA FLOWERS
1221 10th ST. N.W.
MASON CITY, IA. 50401